IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY LEWIS SHARPE, #206506, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv471-D |
| | ) WO |
| OFFICER ATKINS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed May 25, 2005, and Plaintiff's Objections, filed June 16, 2005, it is ORDERED as follows:

1. Plaintiff's Objections be and the same are hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. Plaintiff's motion for preliminary injunction be and the same is hereby DENIED; and

4. this case is hereby REFERRED back to the Magistrate Judge for additional proceedings relative to the claims presented in Plaintiff's complaint.

DONE this 20th day of June, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE