IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY LEWIS SHARPE, #206506, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv471-ID |
| | ) | (WO) |
| OFFICER ATKINS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 23, 2008, the Magistrate Judge filed a Recommendation in this case. (Doc. No. 55.) Plaintiff Tony Lewis Sharpe filed Objections on July 1, 2008. (Doc. No. 60.) The court has made a *de novo* determination of those portions of the Recommendation to which Plaintiff objects and has independently reviewed the file in this case. Upon careful CONSIDERATION, it is ORDERED as follows:

1. Plaintiff's Objections be and the same are hereby OVERRULED;

2. the Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3. Defendants' motion for summary judgment be and the same is hereby GRANTED and this case is hereby DISMISSED with prejudice.

DONE this 3rd day of July, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE