IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY LEWIS SHARPE, #206506, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv471-ID |
| ) | (WO) |
| OFFICER ATKINS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of Defendants and against Plaintiff, that Plaintiff take nothing by his said suit, and that the costs of this proceeding are hereby TAXED against Plaintiff for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of July, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE